[No. 12249–9–II. Division Two. June 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES ROBERTS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays

Harbor County, No. 87-1-00265-1, John H. Kirkwood, J. Pro Tem., entered August 15, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.